# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-586
_____

DESHAWN MONTAYE MCQUEEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

August 22, 2019


PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Deshawn Montaye McQueen, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.